UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICCOLE ROGERS, an individual

      Plaintiff,

v.                                       Case No. 8:21-cv-02663-VMC-SPF

JOHN WILEY & SONS, INC. a/k/a
WILEY EDU, LLC,

      Defendant,
_____/

**STIPULATED NOTICE OF RESOLUTION AND REQUEST FOR A
FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, NICCOLE ROGERS, and Defendant, JOHN WILEY & SONS, INC. a/k/a WILEY EDU, LLC, pursuant to Local Rule 3.09 and by and through their attorneys, hereby jointly notify this Court of Resolution, stipulate to the Court entering a Final Order of Dismissal with Prejudice, and would state as follows:

1. The Parties participated in mediation on April 13, 2022, where they agreed to settle the disputes between them.

2. A Mediator's Report was filed by Denise Wheeler Wright on April 14, 2022, reporting that the entire action was resolved at mediation.

3. The Parties have entered into a confidential Settlement Agreement.   The agreement was signed by Plaintiff on May 18, 2022, and by Defendant May 25, 2022, and is therefore; now fully executed.

4. Under the agreement, payment is not due until ten (10) business days after this action is dismissed with prejudice.

5. On April 14, 2022, this Court dismissed this action without prejudice and indicated that this matter would be dismissed with prejudice after sixty (60) days unless otherwise stipulated by the parties.

6. In an effort to expedite full and final resolution of this matter, the undersigned counsel hereby requests a dismissal with prejudice.

Dated:   June 8, 2022

| | |
|---|---|
| LIGHT PATH LAW, P.A.<br>*Counsel for Plaintiff*<br>3620 Colonial Blvd. #130<br>Fort Myers, FL 33966<br>Phone: (239) 689-8481<br>Fax: (239) 294-3930<br>kscott@lightpathlaw.com (Primary)<br>jjordan@lightpathlaw.com (Secondary)<br>cirick@lightpathlaw.com (Secondary)<br><br>By: /s/ Kristie A. Scott<br>   Kristie A. Scott<br>   Florida Bar No. 108111 | JACKSON LEWIS, P.C.<br>*Counsel for Defendant*<br>100 S. Ashley Drive, Suite 2200<br>Tampa, FL 33602<br>Phone: (813) 512-3210<br>laura.prather@jacksonlewis.com<br>chase.hale@jacksonlewis.com<br>tampadocketing@jacksonlewis.com<br><br><br><br>By:   /s/ Chase Hale<br>   Laura Prather, Esq.<br>   Florida Bar No. 870854<br>   Chase H. Hale, Esq.<br>   Florida Bar No. 1026400 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2022, an electronic copy of the foregoing was sent to the following:

JACKSON LEWIS, P.C.
*Counsel for Defendant*
Chase Hale, Esq.
Laura Prather, Esq.
100 S. Ashley Drive, Suite 2200
Tampa, FL 33602
Phone: (813) 512-3210
laura.prather@jacksonlewis.com
chase.hale@jacksonlewis.com
tampadocketing@jacksonlewis.com